UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS CHRISTOPHER GEFTOS,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.　2:17-cv-80-JLB-NPM

WEXFORD HEALTH SOURCES, INC.,

    Defendant.

## **ORDER**

    The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 143.)  The stipulation is self-executing.  <u>Anago Franchising, Inc. v. Shaz</u>, 677 F.3d 1272, 1278 (11th Cir. 2012).  The Clerk of Court is **DIRECTED** to close the file.

    **ORDERED** in Fort Myers, Florida, on May 13, 2021.

*/s/ John L. Badalamenti*
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE